EUGENE LENTILHON, Appellant, v. GUILLAUME D'ARSCHOT, Individually and as Executor of GASTON D'ARSCHOT, Deceased, Respondent, and EMILY L. GILFORD et al., Appellants, Impleaded with others.

*Lentilhon* v. *d'Arschot,* 165 App. Div. 989, affirmed.
(Argued October 25, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1915, affirming a judgment in favor of defendant, respondent, entered upon a verdict directed by the court in an action brought under section 2653a of the Code of Civil Procedure to revoke probate of the will of Gaston d'Arschot, deceased, upon the grounds of alleged lack of testamentary capacity, fraud and undue influence.

*L. Laflin Kellogg, Alfred C. Petté, Charles K. Carpenter, George P. Ingersoll* and *Theodore F. Humphrey* for appellants.

*Robert Thorne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

BAŠILIO RICCIARDELLI, as Administrator of the Estate of ANTONIO RICCIARDELLI, Deceased, Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Ricciardelli* v. *N. Y. C. & H. R. R. R. Co.,* 165 App. Div. 152, affirmed.
(Argued October 25, 1916; decided November 21, 1916.)

APPEAL from a judgment, entered April 14, 1915, upon an order of the Appellate Division of the Supreme Court